**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-6598**

—————————

ANTHONY QUINTIN KELLY,

Plaintiff – Appellant,

v.

LESLIE SIMPSON, Case Management Specialist; LIEUTENANT
GEORGE B. MCALPINE; SERGEANT ROBERT WERNER; DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONAL SERVICES,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:15-cv-03647-RDB)

—————————

Submitted:  November 17, 2016      Decided:  November 21, 2016

—————————

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Anthony Quentin Kelly, Appellant Pro Se. Stephanie Judith
Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Quentin Kelly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelly v. Simpson, No. 1:15-cv-03647-RDB (D. Md. Apr. 12, 2016). We deny Kelly's motions for default judgment and for a hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED